UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD SATTERFIELD,

      Petitioner,

vs.

GREGORY COX, *et al.*,

      Respondents.

2:13-cv-00424-GMN-GWF

**ORDER**

    Petitioner has filed an amended petition (ECF No. 8) as directed by the Court, which has as attachments a motion for counsel and a motion for leave to file extended pages. He also has pending an application to proceed in *forma pauperis* (ECF No. 3) and a motion for appointment of counsel (ECF No. 4). Petitioner has paid the filing fee. *See* ECF No. 1.

    There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). The claims in this case are not especially complex. Also, the Court notes from the petition, and from the other documents that petitioner has submitted to the Court, that petitioner is able to present matters to the Court in an organized and understandable manner. Petitioner's motion shall be denied.

    The petition shall now be served on respondents.

    A petition for federal habeas corpus should include all claims for relief of which petitioner is

1 aware. If petitioner fails to include such a claim in his petition, he may be forever barred from
2 seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If
3 petitioner is aware of any claim not included in his petition, he should notify the Court of that as
4 soon as possible, perhaps by means of a motion to amend his petition to add the claim.

5       **IT IS THEREFORE ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the
6 amended petition (ECF No. 8) upon the respondents.

7       **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of
8 this order within which to answer, or otherwise respond to, the petition. In their answer or other
9 response, respondents shall address any claims presented by petitioner in his petition as well as any
10 claims presented by petitioner in any Statement of Additional Claims. Respondents shall raise all
11 potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and
12 procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed,
13 respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the
14 United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner shall have
15 **forty-five (45) days** from the date of service of the answer to file a reply.

16       **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney
17 General of the State of Nevada a copy of every pleading, motion, or other document he submits for
18 consideration by the Court. Petitioner shall include with the original paper submitted for filing a
19 certificate stating the date that a true and correct copy of the document was mailed to the Attorney
20 General. The Court may disregard any paper that does not include a certificate of service. After
21 respondents appear in this action, petitioner shall make such service upon the particular Deputy
22 Attorney General assigned to the case.

23       **IT FURTHER IS ORDERED** that any state court record exhibits filed by respondents
24 herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter.
25 The CM/ECF attachments that are filed shall further be identified by the number or numbers (or
26 letter or letters) of the exhibits in the attachment. The hard copy of any additional state court record

exhibits shall be forwarded – for this case – to the staff attorneys in Reno.

**IT IS FURTHER ORDERED** that the application to proceed in *forma pauperis* (ECF No. 3) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the motion for appointment of counsel (ECF No. 4) is **DENIED**.

**DATED** this 17th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge